NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RODNEY E. LOCKETT, DOC #917795, )
 )
  Appellant, )
 )
v. ) Case No. 2D17-2097
 )
FLORIDA DEPARTMENT OF LAW )
ENFORCEMENT, )
 )
  Appellee. )
_____)

Opinion filed February 14, 2018.

Appeal from the Circuit Court for
Hillsborough County; Martha J. Cook,
Judge.

Rodney E. Lockett, pro se.

Janine D. Robinson, of
FL Dept. Of Law Enforcement,
Tallahassee, for Appellee.


PER CURIAM.


   Affirmed.


MORRIS, BLACK, and BADALAMENTI, JJ., Concur.